Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Plaintiff Richard Marino, Jr.

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
3/22/2022

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Marino, Jr., <br><br> Plaintiff, <br> v. <br><br> LBC Mundial Corporation, and LBC Holdings USA Corporation, <br><br> Defendants. | Case No. 3:21-cv-10071-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Richard Marino, Jr. hereby dismisses this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 18, 2022

Law Office of Rick Morin, PC

Richard Morin
Bryce Fick
Attorneys for Plaintiff